# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES L DONALDSON,**

    **Plaintiff,**

v.                                           **CASE NO. 1:06-cv-00011-MP-AK**

**FAGAN,**
**JAMES N LON,**
**FRANK SMOLA,**
**WHITNEY UNTIEOT,**
**GLENN WEISS,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this cause on January 19, 2006, alleging that Defendants failed to assign him as a trustee at the jail and that certain defendants failed to provide him legal counsel. (Doc. 1). Plaintiff was advised that he should file an amended complaint on or before April 28, 2006. (Doc. 8). No amended complaint was filed, but two motions for appointment of counsel were filed (docs. 10 and 14), which were denied. (Docs. 12 and 16). An Order to Show Cause was entered on June 1, 2006, requesting a response by July 3, 2006. (Doc. 13). That Order advised Plaintiff that it would be recommended that this action be dismissed if he failed to respond. As of this date, there has been no response to the show cause order and no amended complaint has been filed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an order of this Court directing that he file an amended

complaint (doc. 8) nor has he responded to the show cause order. (Doc. 13). Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **28th** day of August, 2006.

                s/ A. KORNBLUM
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**