IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JAMES L. DONALDSON,

    Plaintiff,

v.                                                         CASE NO. 1:06-cv-00011-MP-AK

FAGAN,
JAMES N. LON,
FRANK SMOLA,
WHITNEY UNTIEOT,
GLENN WEISS,

    Defendants.

_____/

## **O R D E R**

       This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc.1, be dismissed for failure to prosecute or obey an order of court.  The Magistrate Judge filed the Report and Recommendation on Monday, August 28, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.  In this instance, however, no objections were made.

       Plaintiff was previously ordered to file an amended complaint because his initial complaint failed to state a cause of action.  Doc. 8.  When Plaintiff failed to file an amended complaint within the time ordered, Plaintiff was ordered to show cause why his complaint should not be dismissed for failure to prosecute, and the Court warned Plaintiff that failure to show cause would result in involuntary dismissal.  Plaintiff again failed to file an amended complaint

or to show cause.  Because Plaintiff has failed to prosecute this case and has failed to obey an order of court, his case is hereby dismissed with prejudice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice.  The Clerk is directed to close this case.

**DONE AND ORDERED** this   *17th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge